UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RACHEL HANEY SMALLWOOD, CHANDRA LOVELAND, and LAURA WICKIZER,<br><br>Plaintiffs,<br><br>v.<br><br>DR. CATHERINE E. CRIM, DR. STEVEN SHELTON, and D. BROWN,<br><br>Defendants. | Case No. 3:18-CV-01816-AC<br><br>PARTIAL JUDGMENT<br>(Against Chandra Loveland Only) |

ACOSTA, Magistrate Judge:

On May 14, 2020, this court ordered plaintiff Chandra Loveland ("Loveland") to file a written notification of a current address and telephone number within fourteen (14) days, to be filed in pleading form with the clerk and served on all defendants. The court expressly advised Loveland that failure to file a change of address and telephone number, or show good cause for such failure, would result in the dismissal of her case for lack of prosecution.

PAGE 1 – PARTIAL JUDGMENT

Loveland has failed to notify the court of a current address and telephone number or show good cause for her failure to provide such information. Loveland also failed to respond to a motion to compel filed by defendants on February 19, 2020, appear at the oral argument held on March 12, 2020, or produce the documents as ordered by the court in a March 12, 2020 order, which advised Loveland that failure to produce the discovery "will be a violation of this order, which violation could result in sanctions against Plaintiff Loveland up to and including dismissal of her lawsuit against defendants. (Minute Order dated March 12, 2020, ECF No. 53.)

Additionally, defendants filed a motion to dismiss for lack of prosecution on May 15, 2020, in which they represent they attempted to confer with Loveland on a motion to compel or the motion to dismiss by phone and email on May 7, 2020, and May 13, 2020, and did not receive a response. (Defs.' Mot. to Dismiss Pltf. Loveland, ECF No. 64 ("Mot."), at 1.) Defendants also note "Loveland's last communication with Defendants' counsel stated that she wished to withdraw from the lawsuit and Defendants have not been able to reach Ms. Loveland since." (Mot. at 2.) Defense counsel received the last communication, which was an email, on March 26, 2020. (Spooner Decl. dated May 15, 2020, ECF No. 65, ¶ 8.) Consequently,

IT IS ORDERED AND ADJUDGED that Loveland's claims are DISMISSED without prejudice for failure to provide the requested information, produce discovery, or prosecute this action. Defendants' motion (ECF No. 65) to dismiss Loveland is DENIED as moot.

DATED this 29th day of June, 2020.

_____
JOHN V. ACOSTA
United States Magistrate Judge

PAGE 2 – PARTIAL JUDGMENT