# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LAURA WICKIZER**, <br><br> Plaintiff, <br><br> v. <br><br> **DR. CATHERINE E. CRIM**, Personally, **DR. S. SHELTON**, Personally, **D. BROWN**, Personally, <br><br> Defendants. | Case No. 3:18-cv-01816-AC <br><br> **JUDGMENT** |

    Based on the Court's Order, ECF 126, adopting Judge Acosta's Findings and Recommendation, ECF 124, **IT IS ADJUDGED** that Defendants' Motion for Summary Judgment, ECF 104, is GRANTED and this action is DISMISSED with prejudice.

    DATED this 23rd day of February, 2022.

                                                    /s/ Karin J. Immergut<br>
                                                    Karin J. Immergut<br>
                                                    United States District Judge